OPINION — AG — ** INDEPENDENT CONTRACTOR — EMPLOYEE — DEFINITION ** AN INDEPENDENT CONTRACTOR IS NOT AN " EMPLOYEE " AS DEFINED IN THE ' PROTECTION OF LABOR ACT ', 40 O.S. 165.1 [40-165.1] ET SEQ., AND THEREFORE IS 'NOT' ENTITLED TO THE PROTECTION AND REMEDIES OF SAID ACT. IT IS THE FURTHER OPINION OF THE A.G. THAT THE DETERMINATION OF WHETHER THE PERSON IS AN " INDEPENDENT CONTRACTOR " IS A FACTUAL QUESTION WHICH MUST BE RESOLVED AFTER ANALYSIS OF THE PARTICULAR RELATIONSHIP BETWEEN THE PARTIES. (LABOR, WAGES, CONTRACT, FAIR LABOR STANDARDS ACT) CITE: 40 O.S. 165.1 [40-165.1], 40 O.S. 165.2 [40-165.2], 40 O.S. 165.3 [40-165.3], 40 O.S. 165.6 [40-165.6]29 U.S.C.A. 201, 29 U.S.C.A. 203(E),29 U.S.C.A. 203(G) (KAY KAREN KENNEDY)